# EXHIBIT 3

PSYCHOLOGICAL EVALUATION

*Original*

**CONFIDENTIAL**

Examiner: Robert E. Lehton, Psy.D.
Licensed Clinical Child Psychologist
Family Pediatric Clinic
333 W. Cocoa Beach Causeway
Cocoa Beach, Florida 32931

Name: Tipton, Brett                    Evaluation: August 21, 1991
                                       Birthdate: ███
                                       Age: 9 years, 0 Months
School: Golfview                       Grade: 3rd
Referred by: Dr. Rodriquez             Examiner: R.E. Lehton, Psy.D.

Tests administered:

Wechsler Intelligence Scale for Children - Revised
Wide Range Achievement Test - Revised

Behavior Observations:

Brett came to the testing session willingly, but with a limited span of attention and minimal cooperation and compliance. Regular supervision, firm control, and strict limits were required in order to obtain the necessary compliance, attention, and effort for this evaluation.

Appearance and grooming were adequate and appropriate.

Responses were often made in an impulsive and rapid manner, with minimal reflection or consideration before beginning to answer. Little monitoring or error correction was noted by the examiner.

Activity level was above average for this age, with frequent fidgeting and difficulty remaining seated quietly in the chair.

Instructions had to be repeated frequently, even with many of the directions and commands delivered slowly and with emphasis.

When new tasks or new instructions were given, there was great difficulty adjusting to the altered requirements. Confusion,

Tipton, Brett                    Page 2                      August 21, 1991

perseveration, and errors on relatively easier items were noted.

In general, it was assumed that a valid and reliable sample of true ability and optimal performance was obtained.

---

Wechsler Intelligence Scale for Children - Revised

|  | IQ Scale Score | Confidence Interval | Range |
|---|---|---|---|
| Verbal IQ | 97 | 90 - 104 | Average |
| Performance IQ | 91 | 82 - 100 | Average |
| Full Scale IQ | 93 | 87 - 99 | Average |

Test scores change over time due to chance, error, and many other factors. The confidence interval indicates the probable range of scores which can be expected when this individual is retested.

```
              National
              Percentile     0       25      50      75      100
              Rank           +-------+-------+-------+-------+-------+

Verbal IQ                   42 *****************
Performance IQ              27 ***********
Full Scale IQ               32 *************
```

---

Differences between WISC-R scales

Verbal and Performance IQ scores not significantly different.

Scatter Scores (range of subtest variation, lowest to highest)

Verbal IQ subtest scatter = 6   (normal variability)
Performance IQ subtest scatter = 9   (normal variability)
Full Scale IQ subtest scatter = 9   (normal variability)

---

|  | Scaled Score | Diff mean | Perc Rank | Strength or Weakness |
|---|---|---|---|---|

Verbal Subtests

Tipton, Brett                     Page 3                        August 21, 1991

| | | | | |
|---|---|---|---|---|
| Information     |  9 | -.2  | 37 | nonsignificant |
| Similarities    | 13 | +3.8 | 84 | STRENGTH ** |
| Arithmetic      |  7 | -2.2 | 16 | nonsignificant |
| Vocabulary      |  9 | -.2  | 37 | nonsignificant |
| Comprehension   | 10 | +.8  | 50 | nonsignificant |
| Digit Span      |  7 | -2.2 | 16 | nonsignificant |

Performance Subtests

| | | | | |
|---|---|---|---|---|
| Picture Completion   |  7 | -1.8 | 16 | nonsignificant |
| Picture Arrangement  | 14 | +5.2 | 91 | STRENGTH ** |
| Block Design         |  8 | -.8  | 25 | nonsignificant |
| Object Assembly      | 10 | +1.2 | 50 | nonsignificant |
| Coding               |  5 | -3.8 |  5 | nonsignificant |

** difference occurs in less than 5 percent of population.

The column labelled 'Strength or Weakness' indicates whether a subtest score is a reliable, or true, difference from the other scores on that scale. 'Nonsignificant means that the subtest does not differ from the other scores for this youngster.

If a subtest score is marked with asterisks, the difference from the average of that scale is meaningful because it occurs rarely in the average population. This difference is a comparison to scores obtained by others. 'Strength or Weakness' means that the difference from other subtests is reliable and not due to chance.

---

WISC-R Deviation Quotients

National
Percentile     0         25         50         75         100
Rank           +----+----+----+----+----+----+----+----+

Verbal Comprehension  53 ************************
Perceptual Organiz.   45 *******************

---

WISC-R Interpretation

To interpret these intelligence test scores, note that the

ipton, Brett                    Page 4                       August 21, 1991

Wechsler Intelligence Scale for Children has up to six subtests for language and verbal skills (the Verbal IQ Scale) and up to six subtests for perceptual-motor or nonverbal problem-solving ability (the Performance IQ Scale). Subtests are based on an average scale score of ten for the child's age group. If a scale score is significantly different from this child's other scores, it is noted in the table above and the paragraphs below.

Intelligence test scores reflect a sample of learning in several different skill areas, including factual knowledge, learned abilities, problem solving, memory, and attention. Therefore, the scores are generally good predictors of future learning and academic success. However, there are several factors which are not measured by this or other intelligence tests. These factors include motivation, curiosity, creative talent, work habits, study skills, and achievement in particular academic subjects. Learning potential and innate ability cannot be measured by any test. All of these factors should be taken into account along with other test scores when interpreting the results.

---

Achievement Test Results

Grade Placement: 3rd

Wide Range Achievement Test - Revised

|  | Raw Score | Age %Rank | Age S.S. | Grade Equiv |
| --- | --- | --- | --- | --- |
| Reading | 50 | 8 | 79 | 2 M |
| Spelling | 32 | 7 | 78 | 2 M |
| Arithmetic | 21 | 13 | 83 | 2 E |

Abbreviations used in above table: Equiv. = Equivalent. %Rank = National Percentile Rank. S.S. = Standard Score (mean equal to 100, standard deviation to 15). Extensions to grade levels: B = beginning, M = middle, E = end, + = higher than grade level, - = lower than grade level.

Wide Range Achievement Test - Revised Percentile Ranks

          National

ipton, Brett                    Page 5                            August 21, 1991

```
                                        0    25    50    75    100
              Percentile         +-----+-----+-----+-----+-----+
              Rank

Reading                    8 ****
Spelling                   7 ***
Arithmetic                13 ******
```

Note on interpreting achievement tests: These scores may differ from those on group achievement tests. This may be due to many possible factors, including the sampling of different skills and better attention and effort in this structured testing setting.

Grade Equivalent scores are often misleading. Compare percentile ranks and standard scores to understand the differences between tests and subtests. These scores represent relative standing in the same age group. Grade equivalents should be interpreted along with these scores.

Educational Recommendations

Based upon the overall level of intelligence, it should be expected that academic performance can be within the average range in most achievement areas, and commensurate with that of most age and grade mates. This, of course, assumes that other problems or school factors do not contribute to any difficulty. The evaluation suggests that this youngster's typical school performance should fall within average age and grade limits.

Behavior and work habit observations suggest the requirement for a consistent and firmly structured setting to control frequent distractibility and lapses in attention and interest level.

The child was administered the Bender Gestalt Perceptual Motor Test and worked in a uncooperative manner. The child showed impulsivity and stress in producing the nine geometric designs. Fine motor skills were not developmented and the child showed difficulty in the perceptual organization of the design. The child received a standard score less than 80, depicting a psych-motor dysfunction with strong indication of a learning disability in the area of dyscripta.

Psychological testing which involved the administration of the Wechsler Intelligence Scale for Children-Revised revealed a elevated E.L. Hunt Index for organic factors underlying this

Tipton, Brett                    Page 6                    August 21, 1991

child's present attention span difficulties. The child's subtest scores indicate significant scatter which is indicative of soft neurological dysfunction or perhaps situational stress.

A review of the above subtest scores depict a moderate scatter with an E. L. Hunt Index which reflects an dysfunctional range of scatter and possibly indicates an underlying physical basis for the child's attention span problems. This profile suggests a possilibility of psycho-motor dysfunction and processing difficulty in the area of perceptual-motor disorders. Children with these type of processing errors are prone to attentional deficit and learning disibility profiles.

This psychological evaluation depicts a profile of a child with an Attentional Deficit Disorder (DSM III-R 314.01). The Teacher's Conner's Rating Scale depicts high elevations in distractibility, concentration problems, and inability to filter out distractile from appropriate stimuli. The E.L. Hunt Index reflects a pattern of concentration disorders that usually have a psychobiological basis. The child can best be described as inattentive, self-stimulating, and their behavior is depicted by either hypomanaic actions or moderate fantasy in daydreaming.

Based upon this psychological evaluation, if you should have any questions as to the aforementioned diagnostic impression and educational recommendations, please feel to communicate with me at your earliest convenience.

                                    Sincerely yours,

REL/
    rel
                                    Robert E. Lehton, Psy. D.
                                    Licensed Child Psychologist